In the Matter of the Petition of CATHERINE WALSH DRISCOLL to Compel MATTHEW WALSH, as Administrator, etc., of EDWARD WALSH, Deceased, to Render and Settle His Accounts as Such Administrator. CATHERINE WALSH DRISCOLL, Respondent; MATTHEW WALSH, as Administrator, etc., of EDWARD WALSH, Deceased, Appellant.— Decree of the Surrogate's Court of Richmond county finding that petitioner is the lawful child of one John Walsh and entitled to share in the estate unanimously affirmed, with costs to the petitioner, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

JACOB J. JACOBY, Respondent, v. VIOLA JACOBY, Appellant.— Order denying defendant's motion to open her default and to vacate the interlocutory and final decrees, and for leave to answer in an action for divorce, affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.